# United States Court of Appeals
## For the First Circuit

———

No. 03-2224

HÉCTOR E. COLÓN-RODRÍGUEZ, in his personal capacity and as
President of Fundación Eco-Cultural, Inc. and doing business as
the Eco-Logic Co., Inc. & TM; ECO-LOGIC CO., INC., & TM;
FUNDACIÓN ECO-CULTURAL, INC., represented by its president
Héctor Colón-Rodríguez,
Plaintiffs, Appellees,

v.

CARLOS D. LÓPEZ-BONILLA, Hon., in his personal capacity and
official capacity as Mayor of the Municipality of Rincón; ALEXIS
ROSADO, Director of the Department of Public Works of the
Municipality of Rincón and member of the Municipality's
Procurement Board, ZAYDA RODRÍGUEZ-MORALES, in her personal
capacity and official capacity as President of the Procurement
Board, Municipality of Rincón; MUNICIPALITY OF RINCÓN,
represented by its Mayor Hon. Carlos D. López-Bonilla; PERSONS A-
Z,
Defendants, Appellants.

———

ERRATA SHEET

The opinion of this Court issued on April 22, 2004 is amended
as follows:

On page 3, line 12, "June 19, 2003" should be replace with
"June 19, 2002"